UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

Queotis Campbell

Defendant(s).
-------------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

20-CR-651

Defendant Queotis Campbell hereby voluntarily consents to participate in the following proceeding via ___ videoconferencing or _x_ teleconferencing:

___ Initial Appearance Before a Judicial Officer

_x_ Arraignment (Note:  If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Bail/Detention Hearing

___ Conference Before a Judicial Officer

_Queotis Campbell_
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

Queotis Campbell
Print Defendant's Name

_Ben G_
Defendant's Counsel's Signature

Benjamin Gold
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

12/3/2020
_____
Date

_Andrew Krause_
_____
U.S. District Judge/U.S. Magistrate Judge