UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA,

           -against-

Queotis Campbell

           Defendant(s).

-------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

~~61-CR-651 ( ) ( )~~

20-CR-651 (PMH)

Defendant __Queotis Campbell__ hereby voluntarily consents to participate in the following proceeding via _x_ videoconferencing or _x_ teleconferencing:

\_\_\_ Initial Appearance Before a Judicial Officer

\_\_\_ Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

\_\_\_ Bail/Detention Hearing

\_\_\_ Conference Before a Judicial Officer

x    Plea    (During a phone call on March 12, 2021, Mr. Campbell authorized Benjamin Gold to affix his signature to this form)

_Queotis Campbell_                         _Ben G_

Defendant's Signature                    Defendant's Counsel's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

Queotis Campbell                       Benjamin Gold

Print Defendant's Name                 Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

3/18/2021

Date                                     U.S. District Judge/U.S. Magistrate Judge