**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

> Granted. Government's response due 8/19/2021.
> Defense counsel shall advise the Court by letter by 8/23/2021 if further response is requested.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
> July 30, 2021

**BY ECF & EMAIL**

The Honorable Philip M. Halpern
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

    Re:    *United States v. Queotis Campbell*, 20 Cr. 651 (PMH)

Dear Judge Halpern:

    On or about July 16, 2021, defense counsel submitted a supplemental sentencing submission in advance of the sentencing of Queotis Campbell. By order dated July 22, 2021, the Court directed the Government to file a response to defense counsel's July 16 submission no later than today.

    The Government respectfully requests an extension of time until August 19, 2021 to file its response, to permit the Government to research additional issues that will be helpful for the Court's consideration of this issue. The Government has conferred with defense counsel, Ben Gold, who consents to this request, with the understanding that he would like an opportunity to respond to the Government's supplemental letter if necessary.

                        Respectfully submitted,

                        AUDREY STRAUSS
                        United States Attorney

          By:    /s/ Stephanie Simon
                Stephanie Simon / Derek Wikstrom
                Assistant United States Attorneys
                Tel: (914) 993-1920 / 1946

Cc:    Ben Gold, Esq.