U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

---

| |
|---|
| Application granted. |
| SO ORDERED. |
| *[signature]* |
| Philip M. Halpern |
| United States District Judge |
| Dated: White Plains, New York |
| January 30, 2024 |

**BY ECF**

The Honorable Philip M. Halpern
United States District Judge
United States Courthouse
300 Quarropas Street
White Plains, New York 10601

Re:   *United States v. Queotis Campbell*, 20 Cr. 651 (PMH)

Dear Judge Halpern:

The Government respectfully requests, with the consent of the United States Probation Office (the "Probation Office"), that the Court unseal the portions of the Probation Office's file for the above-referenced defendant related to the specifications in the November 15, 2023 Violation of Supervised Release ("VOSR") Petition. The Probation Office has indicated that these requested materials may be relevant to the VOSR proceedings in this case. Accordingly, the Government respectfully requests that the Court "So Order" this letter and unseal the requested materials.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney
Southern District of New York

By: /s/ Derek Wikstrom
    Derek Wikstrom
    Assistant United States Attorney
    (212) 637-1085

cc:   Ben Gold, Esq.