# Federal Defenders
## OF NEW YORK, INC.

Tamara L. Giwa
*Executive Director*

Southern District

The parties are directed to contact Magistrate Judge Reznik to schedule and conduct the preliminary hearing pursuant to Federal Rule of Criminal Procedure 32.1(b)(1)(A)-(B). The status conference scheduled for June 23, 2026 at 2:30 p.m. is adjourned *sine die*. If necessary, the parties shall contact the Court following the preliminary hearing to re-schedule the status conference. The Clerk of Court is respectfully directed to terminate the pending letter-motion (Doc. 55).

SO ORDERED.

_____

Philip M. Halpern
United States District Judge

Dated:  White Plains, New York
        June 16, 2026

The Honorable Philip M. Halpern
District Court Judge
Southern District of New York
300 Quarropas Street
White Plains, New York  10601-4

Re:   United States v. Queotis Campbell
      20-CR-651 (PMH)

Dear Honorable Halpern:

I am writing to update the Court about the status of Mr. Campbell's case and to, pursuant to Rule 32.1(b)(1)(A), requests that the Court schedule a preliminary hearing.  As background, on June 11, 2026, Mr. Campbell appeared before the Honorable Victoria Reznik and, after a contested bail hearing, Mr. Campbell was detained.  At that time, I requested a prompt preliminary hearing, although the necessity of such a hearing was uncertain because Judge Reznik had left open the possibility that Mr. Campbell might be released on June 16th if he was able to find an alternate living arrangement.[1]  Mr. Campbell has not been able to find an alternate place to live, which means that, pursuant to Judge Reznik's decision, he will not be released on June 16th.  Therefore, I am writing to reiterate the request that Mr. Campbell be afforded a prompt preliminary hearing.[2]

Thank you for your attention to this matter.

---

[1] Pursuant to Rule 32.1(b)(1)(A), a defendant is only entitled to a preliminary hearing on a VOSR if the defendant is "in custody."  As such, Mr. Campbell would not have been entitled to a preliminary hearing if he were released.

[2] I recognize that Your Honor has scheduled an initial appearance in this matter for June 23, 2026 at 2:30pm.  While this date still works for me, I do ask that the Court schedule – and ideally conduct – a preliminary hearing before that date.  Relatedly, I would have no objection to postponing this initial appearance if it would facilitate a more prompt preliminary hearing.

Sincerely,

Benjamin Gold
Counsel for Mr. Campbell

cc:    AUSA Victoriya Levina
       AUSA Reyhan Watson
       Probation Officer Claire Francisco