UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

UNITED STATES OF AMERICA                    :
                                            :
v.                                          :     **SCHEDULING ORDER**
                                            :
QUEOTIS CAMPBELL,                           :
                                            :     7:20-cr-651 (PMH)
                Defendant.                  :
-------------------------------------------------------------x

A VOSR Admission and Sentencing Hearing is scheduled for July 30, 2026 at 11:30 a.m. in Courtroom 520 at the White Plains Courthouse. It is the Government's responsibility to have the Defendant produced to the White Plains Courthouse at that time. Defendant and the Government shall each file letters by July 23, 2026 setting forth their positions concerning the anticipated admission of one or more of the Specifications, their positions concerning sentencing and Probation's position concerning sentencing.

**SO ORDERED:**

Dated: White Plains, New York
     June 24, 2026

_____
Philip M. Halpern
United States District Judge