UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

UNITED STATES OF AMERICA :

v. :

QUEOTIS CAMPBELL, :

Defendant. :

---------------------------------------------------------------x

**SCHEDULING ORDER**

7:20-cr-651 (PMH)

The VOSR Admission and Sentencing Hearing scheduled for July 30, 2026 is rescheduled to August 5, 2026 at 3:00 p.m. in Courtroom 520 at the White Plains Courthouse. It is the Government's responsibility to have the Defendant produced to the White Plains Courthouse at that time.

**SO ORDERED:**

Dated: White Plains, New York
July 9, 2026

Philip M. Halpern
United States District Judge