UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | 7:20-cr-651 (PMH) |
| | : | |
| QUEOTIS CAMPBELL, | : | **ORDER** |
| | : | |
| Defendant. | : | |

-------------------------------------------------------------x

At the VOSR sentencing hearing on August 5, 2026, and for the reasons stated on the record, the Court imposed a sentence of, among other things, TIME SERVED. Accordingly, Defendant Queotis Campbell is hereby ORDERED released from the custody of the United States Marshal, subject to any detainers or detention orders lodged by any immigration or law enforcement authorities.

Dated: White Plains, New York
August 5, 2026

SO ORDERED:

Philip M. Halpern
United States District Judge